UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | Case No. 22-cv-805(OAW) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEP'T OF HOMELAND SECURITY, | : | |
| Defendant. | : | September 12, 2022 |

<u>CONSENT MOTION FOR EXTENSION OF TIME TO PLEAD</u>

Pursuant to Local Civil Rule 7(b), the defendant respectfully moves the court for an extension of time, to and including **October 18, 2022**, within which to file a pleading responsive to the plaintiff's complaint.  The plaintiff consents to the relief requested.  In support of this motion, the defendant states as follows:

1.      On June 23, 2022, the plaintiff filed this two-count complaint against the defendant, alleging violations of the Fourth Amendment to the United States Constitution and section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

2.      On July 20, 2022, the plaintiff served the defendant at the United States Attorney's Office; pursuant to Fed. R. Civ. P. 12(a)(3), the defendant's responsive pleading is due on **September 18, 2022**.  (<u>See</u> docket no. 14.)

3.      There is good cause for the requested extension because the undersigned requires additional time to research the issues raised in the plaintiff's complaint to determine the form and content of the defendant's responsive pleading.  Moreover, agency counsel has been on preplanned leave for the past two weeks, which has made the undersigned's preparation more difficult.  Once agency counsel returns, the defendant's

preparation can more effectively continue, but the current deadline cannot reasonably be met despite the diligence of defense counsel.

      4.    This is the defendant's first motion for extension of time directed to the pleading deadline.

      5.    The plaintiff consents to the relief requested herein.

      WHEREFORE, for the foregoing reasons, the defendant respectfully moves the court for an extension of time, to and including October 18, 2022, within which to respond to the plaintiff's complaint.

Respectfully submitted,

Vanessa Roberts Avery
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov