UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | Case No. 22-cv-805(OAW) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEP'T OF HOMELAND SECURITY, | : | |
|     Defendant. | : | October 18, 2022 |

MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant respectfully moves the court to dismiss the complaint for lack of subject-matter jurisdiction. The complaint seeks review of Transportation Security Administration screening procedures set forth in an "order" issued by the TSA Administrator, and such review is only available in an appropriate Court of Appeals under 49 U.S.C. § 46110. Consequently, the district court lacks jurisdiction to hear Plaintiff's challenge.

In accordance with Local Civil Rule 7, a memorandum of law in support of this motion is being filed contemporaneously herewith.

Respectfully submitted,

Vanessa Roberts Avery
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T: (860) 947-1101
F: (860) 760-7979
john.larson@usdoj.gov