UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE,
       Plaintiff                                                          CASE NO: 3:22-cv-00805-OAW

       v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
       Defendant

**Plaintiff's Motion for Leave to File Amended Complaint**

Plaintiff Jane Doe respectfully moves for leave to file an amended complaint, for the reasons set forth in the attached memorandum of law.

                                       Respectfully submitted,

                                       /s/ Jane Doe
                                       Jane Doe
                                       PO Box 4131
                                       Windsor Locks, CT 06096
                                       jane.doe.survivor.ct@gmail.com
                                       (860) 386-5140
                                       Plaintiff *pro se*